**1346** FIRST NATIONAL BANK vs. SUPERVISOR (Pickford), No. 13810.

To compel respondent to include in the tax-roll an amount sufficient to pay three years' interest upon ten bonds of $1,000 each, issued by the township, in a case where the answer set forth that the township had been divided since the issue of the bonds, and that a levy of the entire amount in one year would seriously distress the taxpayers.

Granted November 15, 1893, directing the levy of sufficient to pay one year's interest.

The court entertained the petition because it appeared that the circuit judge was a stockholder in the petitioning bank.

**1347** WAYNE COUNTY SAVINGS BANK vs. SUPERVISOR (Nester), No. 13812.

To compel assessment of a sufficient sum to pay the interest and principal of certain township bonds.

Granted November 15, 1893.

The petition showed, that the Circuit Court had not been in session since September, and would not be until after January 1, 1894.

**1348** WAYNE COUNTY SAVINGS BANK vs. SUPERVISOR (Roscommon), No. 13118.

To compel assessment of certain sum to pay township bonds. Granted November 16, 1892, with costs.